**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01056-CV

**BEN CAMPBELL, ET AL., Appellants**

**V.**

**RAY CLARK, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90510-422**

## ORDER

We **GRANT** the motion of Kent F. Brooks and Michael T. Savage to withdraw as counsel for appellants. We **DIRECT** the Clerk of this Court to remove Kent F. Brooks and Michael T. Savage as counsel for appellants. We **DENY** as moot appellant's September 2, 2014 unopposed motion for an extension of time to file a brief filed by appellants' former counsel.

We **GRANT** appellants' September 2, 2014 unopposed motion for an extension of time to file a brief filed by their new counsel, Julia Pendery. Appellants shall file their brief on or before **September 22, 2014**.

/s/    ADA BROWN
           JUSTICE